# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, ) | 1: 05 CV F 0351 AWI DLB P |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. ) | |
| M. CRUTCHFILED, et. al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 14, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that plaintiff's complaint appears to state cognizable claims for relief against defendants M. Crutchfield and A. Burns. Accordingly, IT IS HEREBY ORDERED that:

   1. Service is appropriate for the following defendants:

1         M. CRUTCHFIELD; and

2         A. BURNS

3     2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, a summons, an

4  instruction sheet and a copy of the complaint filed February 14, 2005.

5     3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice

6  of Submission of Documents and submit the completed Notice to the court with the following

7  documents:

8             a. Completed summons;

9             b. One completed USM-285 form for each defendant listed above; and

10            c. Three (3) copies of the endorsed complaint filed February 14, 2005.

11    4. Plaintiff need not attempt service on defendant and need not request waiver of service.

12  Upon receipt of the above-described documents, the court will direct the United States Marshal to

13  serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of

14  costs.

15    5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of

16  this action. Local Rule 11-110.

21    IT IS SO ORDERED.

22    **Dated:   September 8, 2005**          **/s/ Dennis L. Beck**
      3c0hj8                                  UNITED STATES MAGISTRATE JUDGE