UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| DAVID JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. CRUTCHFIELD, et. al.,<br><br>　　　　Defendants. | 1: 05 CV F 0351 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DISREGARD RULE 12(b) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint in on February 14, 2005. Defendants filed their answer on January 6, 2006. On March 8, 2006, the Court issued its Scheduling Order opening discovery and setting the Unenumerated Rule 12(b) motion deadline for May 8, 2006. Defendants have requested an extension of that deadline. On May 18, 2006, plaintiff filed the instant motion to "disregard Rule 12(b)." Plaintiff requests that the court "proceed" on his case and order

1  that Rule 12(b) does not apply to this civil suit.
2      Plaintiff's motion is DENIED. The Court has no authority to disregard the Federal Rules of
3  Civil Procedure. This is a civil rights action filed pursuant to 42 U.S.C. § 1983. The Federal Rules
4  apply in all civil actions filed in Federal Court. When and if defendants file an Unenumerated 12(b)
5  motion, plaintiff will have an opportunity to oppose the motion.
6      IT IS SO ORDERED.
7      **Dated:   May 22, 2006**                          **/s/ Dennis L. Beck**
   3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE