UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>M. CRUTCHFIELD, et al.,<br><br>    Defendants. | 1:05-CV-00351-AWI-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE UNENUMERATED 12(b) MOTION<br><br>(DOCUMENT #30)<br><br>New Deadline for<br>Unenumerated 12(b) Motion:  07-08-2006 |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On May 9, 2006, defendants Crutchfield and Burns filed a motion for an extension of time to file an unenumerated 12(b) motion.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendants Crutchfield and Burns are granted until <u>July 8, 2006</u> to file an unenumerated 12(b) motion, pursuant to the court's scheduling order of March 8, 3006.

    IT IS SO ORDERED.

Dated:    **June 12, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE