UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. CRUTCHFIELD, et al.,<br><br>　　　　　　　　Defendants. | No. 1:05-CV-0351 AWI DLB P<br><br>**ORDER RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

**ORDER**

Good cause having been shown, Defendants' request for a protective order suspending discovery until such time as the court has ruled on Defendants' motion to dismiss for Plaintiff's failure to exhaust his administrative remedies prior to suit, is granted. However, if Defendant's motion is denied, the Court will entertain a motion to extend the discovery and dispositive motion deadlines.

IT IS SO ORDERED.

　　**Dated:　July 11, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE