UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>                       Plaintiff,<br><br>  v.<br><br>M. CRUTCHFIELD, et al.,<br><br>                      Defendants. | No. 1:05-CV-0351 AWI DLB P<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

**ORDER**

Good cause having been shown, Defendants' request for a sixty-day extension of time to and including March 9, 2007, to file a dispositive motion in this matter, is granted.

IT IS SO ORDERED.

    **Dated:   January 8, 2007**                    **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE

05pc351_johnson_eot.wpd

1