UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON,       )<br>                                           )<br>         Plaintiff,                  )<br>                                           )<br>     v.                                  )<br>                                           )<br>M. CRUTCHFIELD, et al.,  )<br>                                           )<br>         Defendants.            )<br>_____ ) | 1:05-CV-00351-AWI-DLB-P<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND DEADLINES<br><br>(Doc. 47)<br><br>ORDER EXTENDING DISPOSITIVE MOTION DEADLINE FOR ALL PARTIES<br><br>New Dispositive Motion Deadline -    06-11-2007 |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 23, 2007, plaintiff filed a motion to extend the deadlines set by the court's Discovery/Scheduling Order of March 8, 2006. Plaintiff requested extension of the discovery deadline, the deadline to amend pleadings, and the dispositive motion deadline. Plaintiff's motion shall be granted in part, as to the dispositive motion deadline, which shall be extended for all parties to this action.[1] To this end, IT IS HEREBY ORDERED that the dispositive motion deadline set by the court's Discovery/Scheduling Order filed on March 8, 2006, is extended from January 8, 2007, to **June 11, 2007**, for all parties to this action.

IT IS SO ORDERED.

Dated:   **March 9, 2007**           **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The court's order of January 8, 2007, extended defendants' deadline -- but not plaintiff's deadline -- for filing dispositive motions until March 9, 2007. The present order extends this deadline for all parties to June 11, 2007.

1