1

2

3                          UNITED STATES DISTRICT COURT

4                          EASTERN DISTRICT OF CALIFORNIA

5

6   DAVID B. JOHNSON,                )      1:05-CV-00351-AWI-DLB-P
                                      )
7                                     )      ORDER GRANTING PLAINTIFF'S MOTION TO
         Plaintiff,                   )      EXTEND DISCOVERY DEADLINES
8                                     )
         v.                           )      (Doc. 53)
9                                     )
    M. CRUTCHFIELD, et al.,           )
10                                    )
                                      )      New Dispositive Motion Deadline -    06-11-2007
11       Defendants.                  )
                                      )
12                                    )
                                      )
13  _____   )

14          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

15  § 1983.  On July 7, 2006, the Court granted defendants' request for a protective order suspending

16  discovery pending the court's ruling on defendants' motion to dismiss.  On March 9, 2007, defendants

17  filed a motion for summary judgment.  On March 16, 2007, the court denied defendants' motion to

18  dismiss.  On March 29, 2007, plaintiff filed a motion requesting that discovery be reopened indicating

19  that he had not completed discovery when the protective order was issued.

20          Plaintiff's motion is granted.  The discovery deadline is extended to February 28, 2008.  The

21  deadline for plaintiff's opposition to defendants' motion for summary judgment is extended to March

22  15, 2008.

23          IT IS SO ORDERED.

24      **Dated:  __December 4, 2007__          _____/s/ Dennis L. Beck_____**
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28                                            1