IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON, ) | 1: 05-CV-0351 AWI DLB P |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATIONS |
| v. ) | |
| ) | ORDER GRANTING MOTION FOR |
| M. CRUTCHFIELD, et al., ) | SUMMARY JUDGMENT |
| ) | |
| Defendants. ) | |
| ) | (DOCUMENT #49) |
| ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. section 1983.

On March 10, 2008, the Magistrate Judge issued Findings and Recommendations that recommended the court grant Defendants' motion for summary judgment. The Findings and Recommendations were served on the parties and contained notice that any objections must be filed within fifteen days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1 | Accordingly, it is HEREBY ORDERED that:

2 | 1. The Findings and Recommendations issued by the Magistrate Judge are adopted in full;

4 | 2. Defendants' motion for summary judgment is GRANTED (Document #49);

5 | 3. The Clerk of the Court is DIRECTED to enter judgment for Defendants.

7 | IT IS SO ORDERED.

Dated:   March 27, 2008                    /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

2