# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CRUTCHFIELD, et al.,<br><br>　　　　Defendants. | Case No. 1:05-cv-00351-AWI-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR WAIVER OF FILING FEES**<br><br>ECF No. 72 |

　　　　Plaintiff David B. Johnson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff was proceeding pro se in a civil action pursuant to 42 U.S.C. § 1983 against Defendants Crutchfield and Burns.  On March 28, 2008, judgment was entered against Plaintiff and for Defendants.  The judgment was affirmed on appeal by the United States Court of Appeals for the Ninth Circuit on February 2, 2010.

　　　　Pending before the Court is Plaintiff's motion to combine his initial and appeal filing fees, filed May 16, 2012.  Plaintiff also requests that the Court consider waiver of Plaintiff's filing fees in exchange for Plaintiff agreeing to not file a civil action for the next 25 years.

　　　　Plaintiff's motion will be denied.  Plaintiff is required to pay the entirety of the filing fees pursuant to 28 U.S.C. § 1915(b)(1) and (2) because Plaintiff was a prisoner at the time he filed this

1

action and subsequent appeal. The Court is not permitted to grant exceptions to this requirement. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed May 16, 2012, is denied. No further filings should be accepted in this action.

IT IS SO ORDERED.

   Dated:   **January 10, 2013**               /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE